UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:20-cv-00591-RGK-KK | Date | September 11, 2020 |
|---|---|---|---|
| Title | Pedro Hernandez v. New Balance Athletics, Inc. et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed the Declaration of Kristen B. Brown filed on September 11, 2020 [27]. Defendant New Balance Athletics, Inc. shall show cause in writing, on or before September 15, 2020, why the Answer filed on September 8, 2020 should not be stricken as untimely.

**IT IS SO ORDERED.**

                                                                                              :

                                                                Initials of Preparer     slw