JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| PEDRO HERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEW BALANCE ATHLETICS, INC.; BROOKVALE INTERNATIONAL, LLC; CALIFORNIA CARTAGE COMPANY, LLC; RALLY STAFFING; TREVOR TROTMAN; STEVE STIGLER; JANELLE SALAZAR; MARK GILES;<br><br>    Defendants. | CASE NO.: 5:20-cv-00591 RGK (KKx)<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR DISMISSAL<br><br>Complaint Filed: Feb. 10, 2020<br>Trial Date: April 13, 2021<br>Judge: The Hon. R. Gary Klausner |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

## ORDER

The stipulation is approved. The entire action, including all claims and

LAW OFFICES OF
SANDRA H. CASTRO
3200 Inland Empire Blvd. Ste. 28
Ontario CA 91874
(909)989-7700

counterclaims stated herein against all parties, is hereby dismissed with prejudice.

SO ORDERED.

DATED: February 26, 2021

By: _____/s/ Gary Klausner_____
The Hon. R. Gary Klausner

LAW OFFICES OF
SANDRA H. CASTRO
3200 Inland Empire Blvd. Ste. 265
Ontario CA 91874
(909)989-2700

JOINT STIPULATION FOR DISMISSAL

2

# PROOF OF SERVICE
*Pedro Hernandez v. New Balance Athletics, Inc., et al.*
Case No. 5:20-CV-00591-RGK-KKx

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On February 25, 2021, I served the following document(s):

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 25, 2021, at Costa Mesa, California.

*/S/ Alba DonJuan*
Alba DonJuan

LAW OFFICES OF
SANDRA H. CASTRO
3200 Inland Empire Blvd. Ste. 265
Ontario CA 91874
(909)989-2700

JOINT STIPULATION FOR DISMISSAL      3

## SERVICE LIST

| | |
|---|---|
| Sandra H. Castro, Esq.<br>Kathleen A. Castro, Esq.<br>LAW OFFICES OF<br>SANDRA H. CASTRO, INC.<br>3200 Inland Empire Blvd., Ste. 265<br>Ontario, CA 91764<br>Telephone: 909-989-2700<br>Facsimile: 909-989-2733<br>castro@lawservicesonline.com<br>kathleen@lawservicesonline.com | Attorneys for Plaintiff,<br>Pedro Hernandez |
| Kristen Brown, Esq.<br>LAW OFFICES OF KRISTEN BROWN<br>900 W. 17th Street, Ste. C<br>Santa Ana, CA 92706<br>Telephone: 714-564-7695<br>Facsimile: 714-766-8440<br>krisbrownesq@yahoo.com | Attorneys for Plaintiff,<br>Pedro Hernandez |

46179089.1

LAW OFFICES OF
SANDRA H. CASTRO
3200 Inland Empire Blvd. Ste. 265
Ontario CA 91874
(909)989-2700